UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNY BAKER,<br><br>    Petitioner,<br><br>v.<br><br>S. LAKE, et al.,<br><br>    Respondents. | No. 1:18-cv-01642-SKO (HC)<br><br>**AMENDED ORDER REQUIRING RESPONDENT TO FILE A RESPONSE** |

Petitioner, Johnny Baker, is a federal prisoner proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. This Order corrects an error in the previous Order Requiring Respondent to File a Response (Doc 4), but does not change any of the previously set deadlines.[1]

**PROCEDURAL HISTORY**

The Court has conducted a preliminary review of the petition. Whether Petitioner is entitled to relief is not clear from the face of the petition. 28 U.S.C. § 2243. Accordingly, pursuant to Rule 4 of the Rules Governing Section 2254 Cases and Fed. R. Civ. P. 16,[2] the Court hereby ORDERS:

---

[1] Petitioner's name has been corrected in this order.

[2] The Federal Rules of Civil Procedure "apply to proceedings for habeas corpus . . . to the extent that the practice in those proceedings (A) is not specified in a federal statute, the Rules Governing Section 2254 Cases, or the Rules

1

1. Respondent **shall file a response** to the Petition[3] within **sixty (60) days** of the date of service of this order. *See* Rule 4, Rules Governing Section 2254 Cases; *Cluchette v. Rushen*, 770 F.2d 1469, 1473-74 (9th Cir. 1985) (court has discretion to fix time for filing a response). A response can be made by filing one of the following:

   a. **An answer addressing the merits of the petition.** Respondent shall include with the answer any and all transcripts or other documents necessary for resolution of the issues presented in the petition. *See* Rule 5, Rules Governing Section 2254 Cases.

   b. **A motion to dismiss the petition.** A motion to dismiss shall include copies of all findings and dispositive rulings. *See* Rule 5, Rules Governing Section 2254 Cases.[4]

2. If Respondent files an answer to the petition, Petitioner may file a reply within **thirty (30) days** of the date Respondent's answer is filed with the Court. If no reply is filed, the petition and answer are deemed submitted at the end of **thirty (30)** days.

3. If Respondent files a motion to dismiss, Petitioner shall file an opposition

---

Governing Section 2255 Cases; and (B) has previously conformed to the practice in civil actions." Fed. R. Civ. P. 81(a)(4). Rule 12 also provides that "[t]he Federal Rules of Civil Procedure . . ., to the extent that they are not inconsistent with any statutory provisions or these rules, may be applied to a proceeding under these rules." Rule 12, Rules Governing Section 2254 Cases.

[3] Respondent is advised that a scanned copy of the Petition is available in the Court's electronic case filing system (CM/ECF).

[4] Rule 4 of the Rules Governing Section 2254 Cases provides that upon the Court's determination that summary dismissal is inappropriate, the "judge must order the respondent to file and answer, *motion, or other response . . . or to take other action the judge may order.*" Rule 4, Rules Governing Section 2254 Cases (*emphasis added*); *see also* Advisory Committee Notes to Rules 4 and 5 of Rules Governing Section 2254 Cases (stating that a dismissal may obviate the need for filing an answer on the substantive merits of the petition and that the Attorney General may file a motion to dismiss for failure to exhaust); *White v. Lewis*, 874 F.2d 599, 602-03 (9th Cir. 1989) (providing that motions to dismiss pursuant to Rule 4 are proper in a federal habeas proceeding).

or a statement of non-opposition within **fourteen (14) days** of the date that Respondent's motion is filed with the Court. If no opposition is filed, the motion to dismiss is deemed submitted at the expiration of **twenty-one (21) days**. Any reply to an opposition to the motion to dismiss shall be filed within **seven (7) days** after the opposition is served.

4. Unless already submitted, both Respondent and Petitioner shall complete and return to the Court within **thirty (30) days** a Consent/Decline form indicating whether the party consents or declines to consent to jurisdiction of a United States Magistrate Judge pursuant to 28 U.S.C. § 636(c)(1).

5. The Clerk of Court is directed to serve a copy of the petition on the Office of the United States Attorney for the Eastern District of California, the United States Bureau of Prisons, and the Litigation Coordinator for the United States Penitentiary at Atwater.

All motions shall be submitted on the record and briefs filed without oral argument unless otherwise ordered by the Court. Local Rule 230(l). Extensions of time will only be granted upon a showing of good cause. All provisions of Local Rule 110 are applicable to this order.

IT IS SO ORDERED.

Dated: **January 4, 2019**  /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE