UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNY BAKER,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>S. LAKE, et al.,<br><br>　　　　　　Respondents. | No. 1:18-cv-01642-SKO (HC)<br><br>**ORDER DENYING SECOND MOTION FOR APPOINTMENT OF COUNSEL**<br><br>**(Doc. 16)** |

　　　　Petitioner, Johnny Baker, is proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. He renews his motion for appointment of counsel. The Court denied his first motion to appoint counsel on December 20, 2018. (Doc. 7.)

　　　　In federal habeas proceedings, no absolute right to appointment of counsel currently exists. *See, e.g., Anderson v. Heinze*, 258 F.2d 479, 481 (9th Cir. 1958); *Mitchell v. Wyrick*, 727 F.2d 773, 774 (8th Cir. 1984). Nonetheless, a court may appoint counsel at any stage of the case "if the interests of justice so require." 18 U.S.C. § 3006A(a)(2)(B); Rule 8(c), Rules Governing Section 2254 Cases.

　　　　As with his first motion to appoint counsel, Petitioner again contends that the Court should appoint counsel based on Petitioner's indigence, the complexity of the case, and lack of knowledge of the law. Because nearly all prisoners share these characteristics, Petitioner, who has competently

1

submitted a petition and filed a response to Respondent's answer, alleges no basis by which the Court may appoint counsel on his behalf.

Petitioner's second motion for appointment of counsel is hereby DENIED.

IT IS SO ORDERED.

Dated: **March 18, 2019**　　　　　　　　　　/s/ *Sheila K. Oberto*
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE